In the Matter of the Application of JAMES L. WATSON, Respondent, for an Order to Strike from the Enrollment Book of the Twenty-fifth Election District of the Fifteenth Assembly District of the County of New York the Name of JAMES J. GAFFNEY.

THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellant.

*Matter of Gaffney*, 126 App. Div. 948, reversed.
(Submitted October 1, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1908, which affirmed an order of Special Term granting a motion to strike the name of James J. Gaffney from the enrollment book of the twenty-fifth election district of the fifteenth assembly district of the county of New York.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*Henry W. Mack* and *Charles W. Lefler* for respondent.

Orders of Special Term and Appellate Division reversed and proceedings dismissed, without costs in any court, on the ground that the name of Gaffney is sought to be stricken from the enrollment of 1907, which enrollment had become

*functus officio* prior to the commencement of this proceeding in February, 1908. If the petitioner meant the enrollment made in 1907 for the year 1908, he should have explicitly stated so in his moving papers; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.